1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIJAH LEE MILLER,                        No.  2:25-cv-0468 AC P

12                  Plaintiff,

13           v.                                  ORDER

14    M. CARY, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding without an attorney, filed a civil rights action

18    pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis.  However,

19    plaintiff did not sign his complaint.  See ECF No. 1.  Parties proceeding without counsel are

20    required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R.

21    Civ. P. 11(a).  Thus, the court is unable to consider plaintiff's complaint unless plaintiff signs and

22    re-files the complaint.

23          Accordingly, plaintiff is provided an opportunity to re-file plaintiff's complaint bearing

24    plaintiff's signatures.  Failure to comply with this order will result in a recommendation that this

25    action be dismissed.

26    ////

27    ////

28

1

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the

2    date of this order, plaintiff shall re-file a <u>signed</u> complaint.  Plaintiff's failure to comply with this

3    order will result in a recommendation that this action be dismissed.

4    DATED: February 11, 2025

5    _____

6    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28