UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. CARY, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-0468 AC P<br><br>ORDER |

　　　By an order filed February 12, 2025, plaintiff was ordered to re-file his complaint bearing his signature within thirty days from the date of the order, and that failure to comply with this order would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not re-filed a *signed* complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit a *signed* complaint.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall file a *signed* complaint. **Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.**

DATED: April 10, 2025

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE