UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CARY, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-0468 AC P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

    By order filed February 12, 2025, plaintiff was directed to re-file his complaint bearing his signature within thirty days, and that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. On May 15, 2025, after the thirty-day period expired and plaintiff had not re-filed a signed complaint or otherwise responded to the court's order, the court provided plaintiff with one final opportunity to submit a signed complaint within twenty-one days. ECF No. 8. More than twenty-one days have passed, and plaintiff has not filed a signed complaint or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action

    IT IS FURTHER RECOMMENDED that the complaint be dismissed for failure prosecute and comply with court orders. See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

    These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE